COM.

v.

**SMITH, E.**

**487 MDA 2016**

Superior Court of Pennsylvania.

03/30/2017

CP–67–CR–0000418–2012
(York)

Affirmed

COM.

v.

**MCCOLLUM, N.**

**839 MDA 2016**

Superior Court of Pennsylvania.

03/30/2017

CP–22–CR–0002018–2004
(Dauphin)

Affirmed

COM.

v.

**HESSOU, S.**

**679 MDA 2016**

Superior Court of Pennsylvania.

03/30/2017

CP–22–CR–0005099–2014
(Dauphin)

Affirmed

**HARNER, L.**

v.

**GEBHART, S.**

**1014 MDA 2016**

Superior Court of Pennsylvania.

03/30/2017

Reargument Denied 6/8/2017

2010–S–642
(Adams)

Affirmed